THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.,
Assistant U.S. Attorney
311 Federal Building
Scranton, PA 18501
Attorney for Plaintiff
Phone: (570)-348-2800

UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 3: MI 03-044

Plaintiff : Misc. NO.

V. : ( )

PETER J. BADDICK, III, :

Defendant :

FILED
SCRANTON

MAR 12 2003

PER ______
DEPUTY CLERK

PRAECIPE TO FILE JUDGMENT
BASED ON CERTIFICATION OF JUDGMENT

TO THE CLERK OF COURT:

Please enter judgment in favor of Plaintiff, United States of America, and against defendant, PETER J. BADDICK, III, as per the Certification of Judgment issued by the Prothonotary of the Court of Common Pleas of Schuylkill County, Commonwealth of Pennsylvania and attached hereto. Said Certification was filed at Number J-319-1998. Defendant has made no payment on said judgment and the balance due is now in the amount of $111,266.00 principal, plus interest in the amount of $26,324.34 through December 31, 2002, for the total amount of $137,590.34, plus interest at the rate of 7.380 percent per annum and costs.

Defendant's last known address is 22 Spring Rock Lane, Tamaqua, PA 18252.

RESPECTFULLY SUBMITTED,

THOMAS A. MARINO
United States Attorney

BY: J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist

DATED: 2/28, 2003

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.,
Assistant U.S. Attorney
311 Federal Building
Scranton, PA 18501
Attorney for Plaintiff
Phone: (570)-348-2800

UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
Plaintiff : Misc. NO.
V. : ( )
:
PETER J. BADDICK, III, :
:
Defendant :

PRAECIPE TO FILE JUDGMENT
BASED ON CERTIFICATION OF JUDGMENT

TO THE CLERK OF COURT:

Please enter judgment in favor of Plaintiff, United States of America, and against defendant, PETER J. BADDICK, III, as per the Certification of Judgment issued by the Prothonotary of the Court of Common Pleas of Schuylkill County, Commonwealth of Pennsylvania and attached hereto. Said Certification was filed at Number J-319-1998. Defendant has made no payment on said judgment and the balance due is now in the amount of $111,266.00 principal, plus interest in the amount of $26,324.34 through December 31, 2002, for the total amount of $137,590.34, plus interest at the rate of 7.380 percent per annum and costs.

Defendant's last known address is 22 Spring Rock Lane, Tamaqua, PA 18252.

RESPECTFULLY SUBMITTED,

THOMAS A. MARINO
United States Attorney

BY: J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist

DATED: 2/28, 2003

**IN THE COURT OF COMMON PLEAS OF**

**SCHUYLKILL COUNTY, PENNSYLVANIA**

PROTHONOTARY'S OFFICE SCHUYLKILL CTY PA 17901

JAN 29 1 10 PM '98

**Pennsylvania Higher Education Assistance Agency,**
***Plaintiff***

***v.***

***Peter J. Baddick III,***
***Defendant***

**Civil Division**

J-319-1998

***Case Number***

***Praecipe for Entry of Judgment***

***Filed on Behalf of – Plaintiff***

***Name, Address and Telephone of –***

__X__ ***Counsel of Record***

_____ ***Individual, Pro Se***

***Jason L. Swartley, Esquire***
***PHEAA Staff Counsel***
***1200 North Seventh Street***
***Harrisburg, PA 17102-1444***
***(717) 720-3800***
***Attorney's State ID # 78213***

Certified from the Records this 9th day of A.D. 2000

PROTHONOTARY

PROTHONOTARY
My Commission Expires
First Monday of January 2004

#4. no. Baddick III Ind

**IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY, PENNSYLVANIA CIVIL DIVISION**

**Pennsylvania Higher Education Assistance Agency,** :
***Plaintiff*** :
: No. S-319-1998
***v.*** : ***Term, 19***
:
***Peter J. Baddick III,*** :
***Defendant*** :

PROTHONOTARY'S OFFICE SCHUYLKILL CTY PA 17901
JAN 29 1 10 PM '98

***PRAECIPE FOR JUDGMENT PROTHONOTARY***

***TO:***

***You are hereby directed to enter judgment in favor of the above named Plaintiff and against the Defendant in the principal sum of $100,164.65 plus interest of $11,190.45 from the 31st day of July, 1996, through the 22nd day of Feburary, 1998, plus legal fees of $9.00 for the total amount of $111,364.10, plus interest accruing at 7.38%.***

_______________________________
***Plaintiff, Attorney, or Agent***

***AND NOW, this*** 29th ***day of*** January ***, 1998, judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $84,996.60.***

***I hereby certify that the residence of the Plaintiff(s) is:***

***1200 North Seventh Street***
***Dauphin County***
***Harrisburg, PA 17102-1444***

***And that the last known precise residence of the Defendant(s) is:***

***RR #3, Box 178***
***Schuylkill County***
***Tamaqua, PA 18252***

_______________________________
***Plaintiff, Attorney, or Agent***

**IN THE COURT OF COMMON PLEAS OF**
**SCHUYLKILL COUNTY, PENNSYLVANIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **Pennsylvania Higher Education Assistance Agency,** *Plaintiff* | : | No. J. 319-1998 |
| *v.* | : | *Term, 19* |
| *Peter J. Baddick III,* *Defendant* | : | |

PROTHONOTARY'S OFFICE SCHUYLKILL CTY PA 17901
JAN 29 1 10 PM '98

***NOTICE OF ORDER, JUDGMENT OR DECREE***

( ) *Plaintiff*

( ) *Defendant*

*You are hereby notified that the following Order, Judgment, or Decree has been entered against you on 29th day of January, 1998 in the above-captioned case.*

(X) *Judgment in the amount of $111,364.10 plus interest accrued at 7.38%*

( ) *Decree in Divorce*

( ) *Decree Nisi in Equity*

( ) *Final Decree in Equity*

( ) *Justice of the Peace Transcript in Trespass in the amount of ____________ Plus Costs.*

( ) *If not satisfied within sixty (60) days, your motor vehicle operator's license will be suspended by the Department of Transportation, Bureau of Traffic Safety, Harrisburg, Pennsylvania.*

( ) *Entry of Judgment of*
- ( ) *Non-Suit of*
- ( ) *Non-Pros*
- ( ) *Default*
- ( ) *Verdict*
- ( ) *Arbitration Award*

( ) *Justice of the Peace Transcript in Assumpsit in the amount of ____________ Plus Costs.*

Peter J. Symons Jr.
**Prothonotary**

Faye M. Guyeski
**Deputy**

*(Applicable brackets have been checked)*
*THIS NOTICE IS NOT A DEMAND FOR PAYMENT*



**AFFIDAVIT OF SERVICE**
**STATEMENT OF CLAIM**

DEFENDANT: Peter J. Baddick III

ACCOUNT NO: 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

IT IS HEREBY CERTIFIED THAT PURSUANT TO THE PROVISIONS OF 24 P.S. SECTION 5104.3 A STATEMENT OF CLAIM WAS SENT TO THE DEFENDANT BY FIRST CLASS MAIL TO THE ADDRESS OF RECORD ON THE DATE APPEARING ON SAID STATEMENT OF CLAIM. IT IS FURTHER CERTIFIED HEREWITH THAT THE STATEMENT OF CLAIM WAS NOT SUBSEQUENTLY RETURNED TO THIS OFFICE AS UNDELIVERABLE AND THEREBY MET THE REQUIREMENTS OF SERVICE.

DATED: 1/26/98

SIGNED: [signature]
Jason L. Swartley
PHEAA Staff Counsel

[signature: Karen L. Stefanic]
Notary

NOTARIAL SEAL
KAREN L. STEFANIC, Notary Public
City of Harrisburg Dauphin County
My Commission Expires Sept. 13, 2001

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

PLAINTIFF

VS.

PETER J. BADDICK III

DEFENDANT

ACCOUNT# 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

JAN 29 1 10 PM '98
PROTHONOTARY'S OFFICE
SCHUYLKILL CTY PA
17901

PETER J. BADDICK III
RR3 BOX 178 WASH
CREEK RD
TAMAQUA, PA 18252

## STATEMENT OF CLAIM

1. PLAINTIFF, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, IS A PUBLIC CORPORATION AND GOVERNMENT INSTRUMENTALITY, CREATED UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA BY THE ACT OF AUGUST 7, 1963, P.L. 549, WITH ITS PRINCIPAL ADMINISTRATIVE OFFICES AT 1200 NORTH SEVENTH STREET, HARRISBURG, PENNSYLVANIA 17102.

2. DEFENDANT IS AN INDIVIDUAL WHOSE LAST KNOWN ADDRESS IS INDICATED ABOVE.

3. PLAINTIFF, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, BRINGS THIS ACTION AGAINST THE DEFENDANT PURSUANT TO THE ACT OF APRIL 29, 1982 (P.L. 365, NO. 102), (24P.S. SECTION 5104,3).

4. DEFENDANT SIGNED A PROMISSORY NOTE(S) CREATING A HEALTH EDUCATION ASSISTANCE LOAN PURSUANT TO THE PUBLIC HEALTH SERVICE ACT. SEE ATTACHED PROMISSORY NOTE(S).

5. DEFENDANT BREACHED THE AGREEMENT TO REPAY THE LOAN OBLIGATION AND THE AFORESAID NOTE(S) WAS DECLARED IN DEFAULT BY THE HOLDER, AT WHICH TIME THE UNPAID BALANCE IMMEDIATELY BECAME DUE AND PAYABLE.

6. THE TOTAL AMOUNT DUE PLAINTIFF IS AS FOLLOWS:

| | | |
|---|---|---|
| PRINCIPAL SUM | $ | 100,164.65 |
| INTEREST TO 08/21/97 | | 7,581.21 |
| OTHER CHARGES | | .00 |
| COSTS | | .00 |
| TOTAL | $ | 107,745.86 |

WHEREFORE, PLAINTIFF DEMANDS AN ORDER OF DEFAULT AGAINST DEFENDANT IN THE AMOUNT OF $ 107,745.86 WITH INTEREST AND COSTS.

Linda Q. Laub

STAFF COUNSEL
P.O. BOX 1357
HARRISBURG, PA 17105
(717) 720-3800
TT# (717) 720-2366

DATE: 08/23/97

PROTHONOTARY'S OFFICE SCHUYLKILL CTY PA 17901
JAN 29 1 10 PM '98

**AFFIDAVIT OF ENTRY OF ORDER OF DEFAULT**

**DEFENDANT:** **Peter J. Baddick III**

**ACCOUNT NO:** **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**

**IT IS HEREBY CERTIFIED THAT PURSUANT TO THE PROVISIONS OF 24 P.S. SECTION 5104.3 AN ORDER OF DEFAULT WAS ENTERED BY THE BOARD OF DIRECTORS OF THE PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY AT ITS BOARD MEETING ON DECEMBER 4, 1997.** ***A RECORD OF THIS ENTRY IS DULY RECORDED AND KEPT AT THE OFFICES OF THE AGENCY LOCATED AT 1200 NORTH SEVENTH STREET, HARRISBURG, PENNSYLVANIA 17102-1444.***

***DATED:*** 1/26/98

***SIGNED:*** [signature]
*Jason L. Swartley*
*PHEAA Staff Counsel*

[signature: Karen L. Stefanic]
*Notary*

NOTARIAL SEAL
KAREN L. STEFANIC, Notary Public
City of Harrisburg Dauphin County
My Commission Expires Sept. 13, 2001

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

PLAINTIFF

VS.

PETER J. BADDICK III

DEFENDANT

PETER J. BADDICK III
R R 3 BOX 178
SPRING ROCK LN
TAMAQUA, PA. 18252

ACCOUNT# 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

ORDER OF DEFAULT

AND NOW THIS 5TH DAY OF DECEMBER, 1997,

IT HAVING BEEN DETERMINED THAT THE ABOVE-NAMED DEFENDANT HAS FAILED TO FILE A RESPONSE TO THE STATEMENT OF CLAIM FILED AGAINST SUCH DEFENDANT IN THE RECORDS OF THE AGENCY, AN ORDER OF DEFAULT IS HEREBY ENTERED AGAINST THE DEFENDANT IN THE AMOUNT OF $ 109,800.82.

| | | | |
|---|---|---|---|
| PRINCIPAL | | $ | 100,164.65 |
| INTEREST TO | 12/05/97 | | 9,636.17 |
| OTHER CHARGES | | | .00 |
| COSTS | | | .00 |
| | TOTAL | $ | 109,800.82 |

THE PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

1-800-233-0751
TT# 717-720-2366

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM
## Promissory Note — Variable Rate

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, failure or [illegible] of [illegible] a Federal official, fraudulently obtains a HEAL loan, or [illegible] any other legal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

6 6514 1515

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Baddick | Peter | T | 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 |

Other Names Used:

| PERMANENT (HOME) ADDRESS | City | State | Zip Code | Area/Phone |
|---|---|---|---|---|
| [illegible] 43 2nd Street | Grasskake | [IL?] | 10334 | 717-[illegible] |
| TEMPORARY SCHOOL ADDRESS | City | State | Zip Code | Area/Phone |
| 1450 West Chester Pike 411 Summit House West Chester PA | | | 19382 | 718-436-[illegible] |

### PROMISE TO PAY

I, **Peter J. Baddick III**, the Borrower, promise to pay to the Pennsylvania Higher Education Assistance Agency [illegible]
Name of Borrower

the lender, or the subsequent holder of this Note, the principal sum of $ **20,000.00** to the extent it is advanced to me or any [illegible] set out above and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulation [illegible] for the collection of any amount not paid when due. This Note is under an Agency program which is funded in part by one or more Revenue Bond issues under [illegible] tures with Dauphin Deposit Bank and Trust Company, Harrisburg, Pennsylvania, as Trustee (the "Trustee".) Under certain circumstances the Revenue [illegible] to third parties or transferred out from under the lien of the Indenture.

The Lender and I further understand and agree that:

**NOTIFICATION**

I must immediately notify the lender (in this form, the term "lender" includes a subsequent holder of the Note) in writing if any of the following occurs to me before the loan is repaid in full: 1) change of address, 2) name change (e.g., maiden name if married name), 3) failure to enroll in a HEAL school for the period for which the loan is intended, 4) transfer to another school, 5) withdrawal from school or attendance on a less than full-time basis, 6) graduation, 7) failure to begin any activity eligible for deferment status, or 8) cessation of participation in an activity eligible for deferment status.

**INTEREST**

1. Beginning on the day the loan is disbursed, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume. Interest which has accrued and is not paid may be added to the principal sum of this Note and more frequently than every six months. Beginning when the repayment period commences, interest shall accrue and be paid on as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at a yearly rate of interest which is equal to a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure to the nearest one-eighth of one percent.

However, (A) as long as this Note is not in repayment and is held by the Agency or the Trustee and has not been transferred out from under the lien of the Indenture a credit may be computed every month and applied every six (6) months or (b) if the Note is in repayment and held by the Agency or the Trustee and has not been transferred out from under the lien of the Indenture a credit may be computed and applied every month which credit will be (a subtraction of the interest accrued pursuant to the United States Treasury Regulations on arbitrage bonds (26 CFR § 1.103-13 et seq.) as applicable to the Bonds.

3. Any changes in the yearly rate of interest will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of all insurance premiums calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of the principal and accrued interest at any time. If I pay off early, I will not have to pay a penalty. If I pay off early, I will not be entitled to a refund of part of the insurance premium.

**REPAYMENT**

1. Repayment shall be made in monthly installments over a repayment period which starts the first day of the tenth month after the month in which:
(A) I cease to be a full-time student at a HEAL school; ...
(B)(1) I cease to be a participant in an accredited internship or residency program of not more than four years in duration,¹ or
(2) I complete the fourth year of an accredited internship or residency program of more than four years in duration,¹ or
(C) I cease to be a participant in a fellowship training program not in excess of two years at a participant in a full-time educational activity not in excess of two years which: (1) is directly related, as defined in program regulations, to the health profession for which I prepared as a HEAL school, and (2) in which I may engage during a two-year period which begins within twelve months after I complete my participation in an internship or residency program described in clause (B)(1) or clause (B)(2) of this paragraph or before I complete my participation in such an internship or residency program.

2. The repayment period shall not be less than ten years nor more than twenty-five years. Any period described under DEFERMENT shall not be included in determining the ten or twenty-five year periods. If I receive my first HEAL loan on or after October 22, 1985, the repayment period shall not extend to a date that is more than

thirty-three years from the date on which I received the Promissory Note. The period any HEAL loan prior to October 22, [illegible] however any period described under DEFERMENT shall not be included in determining the thirty-three year period.

3. At least thirty and not more than sixty days before the commencement of the repayment period, I must contact the holder of the loan to establish the terms and conditions of repayment. My repayment schedule will feature monthly payments. I may select a monthly repayment schedule with substantially equal installments or a monthly repayment schedule with graduated installments that increase in amount over the repayment period. If I contact the holder of my loan within the period specified, if I do not contact the holder and do not respond to demands from the holder, the holder may establish a monthly repayment schedule with substantially equal installment payments, subject to the terms of this Note.

4. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

5. Unless I agree otherwise, I shall make a minimum annual repayment in an amount equal to the annual interest on the unpaid principal balance. Except as provided above, if I have other outstanding HEAL loans, the sum of all payments on all balances on my HEAL loans shall not be less than the amount equal to the [illegible] accrued interest on the unpaid principal balance.

6. I understand that this loan must be repaid in accordance with my repayment Schedule. If my account becomes overdue by more than sixty days, the lender may notify an appropriate consumer credit reporting agency of [illegible] which may significantly and adversely affect my credit rating. The lender must also commence litigation and utilize other collection activities (which may include reporting) if my account becomes overdue.

**CREDIT REPORTING AGENCY**

My educational institution or my lender may disclose my loan, and any other relevant information, to appropriate consumer credit reporting agencies. If I am more than sixty days past due in making a scheduled payment, the lender of my loan will notify an appropriate consumer credit reporting agency of my past due status and any other relevant information.

**LATE CHARGE**

If a scheduled payment is late, I will be charged five cents for each dollar of the installment payment due.

**GENERAL**

The terms of this Note shall be construed to the Law (42 U.S.C. 294-[illegible]) the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable education expenses, including fees, books, supplies and equipment, and laboratory expenses, reasonable living expenses, reasonable transportation costs (only to the extent they are directly related to my education), and the HEAL insurance premium. I further agree that the check(s) for the proceeds of this loan shall be made payable jointly to me and the eligible institution in which I am enrolled.

I have read and understand the Additional Terms and Statement of Rights and Responsibilities printed on the reverse side of this form.

By my signature below I CERTIFY that I have read and understand my rights and responsibilities regarding the HEAL loan under this Promissory Note.

Date **5-18-93**

Signature: *Peter J. Baddick III*
SIGNATURE OF BORROWER

Address: **1450 West Chester Pike   41st Summit [illegible]**

City/State/Zip: **West Chester, PA 19382**

**NOTICE:** This note shall be executed without security and without endorsement, except that, if the borrower is a minor and [illegible] under applicable State law, creates a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the borrower.

HF00026107

094030

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH RESOURCES AND SERVICES ADMINISTRATION

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM

## Promissory Note — Variable Rate

Expiration Date: 09/30/9[illegible]
See Addendum

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| BADDICK III | Peter | J. | 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 |

Other Name(s) Used

| PERMANENT (HOME) ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| P.O. Box 43 2nd St | Quakake | Pa. | 18245 | 717-467-2687 |

| TEMPORARY SCHOOL ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| 4000-113 Presidential Blvd | Phila. | Pa. | 19131 | (215) 871-0856 |

### PROMISE TO PAY

I, Peter J. Baddick III (Name of borrower), the borrower, promise to pay to the Pennsylvania Higher Education Assistance Agency (the "Agency") (the lender), or the subsequent holder of this Note, the principal sum of $ 10,000.00 to the extent it is advanced to me, to pay interest on the principal sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due. This Note is under an Agency program which is funded in part by one or more Revenue Bond Issues under Trust Indentures with Dauphin Deposit Bank and Trust Company, Harrisburg, Pennsylvania, as Trustee (the "Trustee"). Under certain circumstances this Note may be sold or assigned to third parties or transferred out from under the lien of the Indenture.

6 1 3 2 7 5 4 1 3

The Lender and I further understand and agree that:

**NOTIFICATION**

I shall immediately notify the lender (in this Note, the term "lender" includes a subsequent holder of the Note) in writing if any of the following occurs to me before the loan is repaid in full: 1) change of address, 2) name change (e.g., maiden name to married name), 3) failure to enroll in a HEAL school for the period for which the loan is intended, 4) transfer to another school, 5) withdrawal from school or attendance on a less than full-time basis, 6) graduation, 7) failure to begin any activity eligible for deferment status, or 8) cessation of participation in an activity eligible for deferment status.

**INTEREST**

1. Beginning on the day the loan is disbursed, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume. Interest which has accrued and is not paid may be added to the principal sum of the Note not more frequently than every six months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at a yearly rate of interest which is equal to a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure to the nearest one-eighth of one percent. [illegible]

3. Any changes in the yearly rate of interest will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

[illegible]

**PREPAYMENT**

[illegible]

**REPAYMENT**

[illegible]

**DEFERMENT**

[illegible]

**CREDIT REPORTING AGENCY**

[illegible]

**LATE CHARGE**

If a scheduled payment is late, I will be charged five cents for each dollar of the installment payment due.

**GENERAL**

[illegible]

I have read and understand the Additional Terms and Statement of Rights and Responsibilities printed on the reverse side of this form.

By my signature below I CERTIFY that I have read and understand my rights and responsibilities regarding the HEAL loan under this Promissory Note.

Date 6/23/92

Peter J. Baddick III
SIGNATURE OF BORROWER

P.O. Box 43 2nd Street
ADDRESS

Quakake, Pa. 18245
CITY/STATE/ZIP

**NOTICE:** [illegible]

[illegible] (Rev [illegible])

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH RESOURCES AND SERVICES ADMINISTRATION

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM
## Promissory Note — Variable Rate

024630

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fines and imprisonment under Federal statutes.

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number (SSN) |
|---|---|---|---|
| Baddick III | Peter | J | 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 |

Other Name(s) Used

| Permanent (Home) Address | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| PO Box 43 2nd St | Quakake | Pa | 18245 | (717) 467-2687 |

| Temporary School Address | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| Room 113 Presidential Blvd Phila Pa | | | 19131 | (215) 871-0856 |

## PROMISE TO PAY

Peter J. Baddick III ...

[body text illegible]

Date: 8-26-91

Peter J. Baddick III

PO Box 43 - 2nd Street

Quakake Pa 18245

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH RESOURCES AND SERVICES ADMINISTRATION

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM
## Promissory Note — Variable Rate

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number (SSN) |
|---|---|---|---|
| Baddick III | Peter | J. | 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 |

Other Name(s) Used:

| PERMANENT (HOME) ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| PO Box 43 2nd St. | Quakake | Pa. | 18245 | (717) 467-2687 |
| TEMPORARY SCHOOL ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
| 4700-113 Presidential Blvd | Phila. | Pa. | 19131 | (215) 877-5014 |

## PROMISE TO PAY

I, Peter J. Baddick III, the borrower, promise to pay to the Pennsylvania Higher Education Assistance Agency (the "Agency")... the principal sum of $10,000...

[body text of promissory note — terms regarding NOTIFICATION, INTEREST, INSURANCE PREMIUM, PREPAYMENT, REPAYMENT, CREDIT REPORTING AGENCY, LATE CHARGE, GENERAL]

Date: 12-15-89

Signature of Borrower: Peter J. Baddick III

Address: PO Box 43 2nd Street
City/State/Zip: Quakake, Pa 18245

HEALTH RESOURCES AND SERVICES ADMINISTRATION

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM

## Promissory Note — Variable Rate

WARNING: Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

| Last Name (Print or type) | First Name | Middle (Initial) | Social Security Number (SSN) |
|---|---|---|---|
| [illegible] | Peter | | [illegible] |
| Other Name(s) Used | | | |
| PERMANENT HOME ADDRESS | City | State / Zip Code | Area Code/Telephone Number |
| P.O. Box 43 2nd Street | Qunkake | Pa 19245 | [illegible] |
| TEMPORARY SCHOOL ADDRESS | City | State / Zip Code | Area Code/Telephone Number |
| [illegible] Presidential Blvd | Philadelphia | Pa 19131 | (215) 877-15014 |

## PROMISE TO PAY

I, Peter Haddick III (name of borrower), the borrower, promise to pay to the [illegible] the principal sum of $[illegible]000 [illegible]

[illegible]

The Lender and I further understand and agree that:

NOTIFICATION

[illegible]

INTEREST

1. Beginning on the day the loan is disbursed, interest shall accrue. [illegible]

2. [illegible]

INSURANCE PREMIUM

[illegible]

PREPAYMENT

I may, at my option and without penalty, prepay all or any part of the principal and accrued interest at any time. [illegible]

REPAYMENT

1. Repayment shall be made in monthly installments over a repayment period which starts the first day of the [illegible] month in which:

(A) I cease to be a full-time student at a HEAL school;

(B)(1) [illegible] internship or residency program of not more than four years in duration; or

(2) [illegible] internship or residency program [illegible]

(3) [illegible]

2. The repayment period shall not be less than ten years nor more than twenty-five years. [illegible]

[illegible]

CREDIT REPORTING AGENCY

[illegible]

LATE CHARGES

[illegible]

GENERAL

[illegible]

[illegible] By my signature below I CERTIFY that I have read and understand my rights and responsibilities regarding the HEAL loan under this Promissory Note.

Date 9-27-89

Peter J. Haddick III

SIGNATURE OF BORROWER

P.O. Box 43 2nd Street

ADDRESS

Qunkake, Pa. 19245

CITY/STATE/ZIP

NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and [illegible] the applicable State law, [illegible] the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the Borrower.

[illegible]

HEALTH EDUCATION ASSISTANCE LOAN PROGRAM

Promissory Note — Variable Rate

0241630

WARNING: Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute. [illegible]

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number (SSN) |
|---|---|---|---|
| BADDICK III | PETER | J. | 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 |
| Other Name(s) Used | | | |
| PERMANENT (HOME) ADDRESS / City / State / Zip Code | RR Box 43 2nd St. QUAKAKE PA | 18245 | Area Code/Telephone Number: 717-467-2627 |
| TEMPORARY SCHOOL ADDRESS / City / State / Zip Code | 4000-173 PRESIDENTIAL BLVD PHILA PA | 19131 | Area Code/Telephone Number: 215-877-3759 |

PROMISE TO PAY

I, PETER J. BADDICK III (Name of borrower), the borrower, promise to pay to the Pennsylvania Higher Education Assistance Agency (the "Agency") (the lender), or the subsequent holder of this Note, the principal sum of $ 8000.00 to the extent it is advanced to me, to pay interest on the principal sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due. This Note is under an Agency program which is funded in part by one or more Revenue Bond Issues under Trust Indentures with Dauphin Deposit Bank and Trust Company, Harrisburg, Pennsylvania, as Trustee (the "Trustee"). Under certain circumstances this Note may be sold or assigned to third parties or transferred out from under the lien of the Indenture.

The Lender and I further understand and agree that:

**NOTIFICATION**

I must immediately notify the lender (in this Note, the term "lender" includes a subsequent holder of the Note) in writing if any of the following occurs to me before the loan is repaid in full: 1) change of address, 2) name change (e.g., maiden name to married name), 3) failure to enroll in a HEAL school for the period for which the loan is intended, 4) transfer to another school, 5) withdrawal from school or attendance on a less than full-time basis, 6) graduation, 7) failure to begin any activity eligible for deferment status, or 8) cessation of participation in an activity eligible for deferment status.

**INTEREST**

1. Beginning on the day the loan is disbursed, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume. Interest which has accrued and is not paid may be added to the principal sum of the Note not more frequently than every six months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at a yearly rate of interest equal to or equal to a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure to the nearest one-eighth of one percent.

However, (a) so long as this Note is not in repayment and is held by the Agency or the Trustee and has not been transferred out from under the lien of the Indenture a credit may be computed every month and applied every six (6) months or (b) if the Note is in repayment and held by the Agency or the Trustee and has not been transferred out from under the lien of the Indenture a credit may be computed and applied every month which credit will be a reduction of the interest accrued pursuant to the United States Treasury Regulations on arbitrage bonds (26 CFR § 1.103-13 et seq.) as applicable to the Bonds.

3. Any changes in the yearly rate of interest will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of the principal and accrued interest at any time. If I pay off early, I will not have to pay a penalty. If I pay off early, I am not be entitled to a refund of part of the insurance premium.

**REPAYMENT**

1. Repayment shall be made in monthly installments over a repayment period which starts the first day of the tenth month after the month in which

(A) I cease to be a full-time student at a HEAL school;

(B)(1) I cease to be a participant in an accredited internship or residency program of not more than four years in duration,* or

(2) I complete the fourth year of an accredited internship or residency program of more than four years in duration,* or

(C) I cease to be a participant in a fellowship training program not in excess of two years or a participant in a full-time educational activity not in excess of two years which: (1) is directly related, as defined in program regulations, to the health profession for which I prepared at a HEAL school, and (2) in which I may engage during a two-year period which begins within twelve months after I complete my participation in an internship or residency program described in clause (B)(1) or clause (B)(2) of this paragraph or before I complete my participation in such an internship or residency program.

2. The repayment period shall not be less than ten years nor more than twenty-five years. Any period described under DEFERMENT shall not be included in determining the ten or twenty-five year periods. If I receive my first HEAL loan on or after October 22, 1985, the repayment period shall not extend to a date that is more than thirty-three years from the date on which I signed this Promissory Note. If I received any HEAL loan prior to October 22, 1985, however, any period described under DEFERMENT shall not be included in determining the thirty-three year period.

3. At least thirty and not more than sixty days before the commencement of my repayment period, I must contact the holder of my loan to establish the precise terms of repayment. My repayment schedule will require monthly payments. However, I may select a monthly repayment schedule with substantially equal installments or a monthly repayment schedule with graduated installments that increase in amount over the repayment period if I contact the holder of my loan within the period described. If I do not contact the holder and do not respond to contacts from the holder, the holder may establish a monthly repayment schedule with substantially equal installment payments, subject to the terms of this Note.

4. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

5. Unless I agree otherwise, I shall make a minimum annual repayment of an amount equal to the annual interest on the unpaid principal balance. Except as provided above, if I have other outstanding HEAL loans, the sum of all payments to all lenders on my HEAL loans shall not be less than an amount equal to the computed interest on the unpaid principal balance.

6. I understand that the loan must be repaid in accordance with my Repayment Schedule. If my account becomes overdue by more than sixty days, the lender must notify an appropriate consumer credit reporting agency of this, which may significantly and adversely affect my credit rating. The lender must also use collection agents and utilize other collection activities (which may include litigation) if my account becomes overdue.

**CREDIT REPORTING AGENCY**

My educational institution or my lender may disclose my loan, and any other relevant information, to appropriate consumer credit reporting agencies. If I am more than sixty days past due in making a scheduled payment, the lender of my loan will notify an appropriate consumer credit reporting agency of my past due status, and any other relevant information.

**LATE CHARGE**

If a scheduled payment is late, I will be charged five cents for each dollar of the installment payment due.

**GENERAL**

The terms of this Note shall be construed to the Law (42 U.S.C. 294-294n) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable education expenses, including fees, books, supplies and equipment, and laboratory expenses, reasonable living expenses, reasonable transportation costs (only to the extent they are directly related to my education), and the HEAL insurance premium. I further agree that the check(s) for the proceeds of this loan shall be made payable jointly to me and the eligible institution in which I am enrolled.

I have read and understand the Additional Terms and Statement of Rights and Responsibilities printed on the reverse side of this form.

By my signature below I CERTIFY that I have read and understand my rights and responsibilities regarding the HEAL loan under this Promissory Note.

Date September 13, 1990

Peter J. Baddick III
SIGNATURE OF BORROWER

P.O. Box 43 2nd Street
ADDRESS

QUAKAKE, Pa. 18245
CITY/STATE/ZIP

* Except that if I have received a HEAL loan before October 22, 1985, and I become an intern or a resident in an accredited program before the first day of the tenth month after I cease to be a full-time student at a HEAL school, then the repayment period begins on the first day of the tenth month after I cease to be an [illegible]

NOTICE: This note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note [illegible]

PN188O2611

024630

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH RESOURCES AND SERVICES ADMINISTRATION

# HEALTH EDUCATION ASSISTANCE LOAN PROGRAM
## Promissory Note — Variable Rate

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

| Last Name (Print or type) | First Name | Middle Initial | Social Security Number (SSN) |
|---|---|---|---|
| HADDICK III | Peter | J. | 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 |

Other Name(s) Used:

| PERMANENT (HOME) ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
|---|---|---|---|---|
| PO Box 43 2nd Street | Quakake | PA | 18245 | (717) 467-2687 |
| TEMPORARY SCHOOL ADDRESS | City | State | Zip Code | Area Code/Telephone Number |
| [illegible] | [illegible] Westchester PA | | 17382 | (215) 930-8443 |

## PROMISE TO PAY

I, Peter J. Haddick III, the borrower, promise to pay to the Pennsylvania Higher Education Assistance Agency (the "Agency") (the "Lender"), or the subsequent holder of this Note, the principal sum of $16,000 [remainder illegible]

[Body text largely illegible due to scan quality — sections include: NOTIFICATION, INTEREST, INSURANCE PREMIUM, PREPAYMENT, DEFERMENT, and on right column: DEFERMENT (cont.), LATE CHARGE, CREDIT REPORTING AGENCY, GENERAL]

SIGNATURE OF BORROWER: [signature]

ADDRESS: [illegible]

CITY/STATE/ZIP: [illegible] PA 17382

NOTICE: [illegible]